1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  SHAWNA YEN (CABN 224447)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900                    *E-FILED - 5/14/08*
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     Facsimile: (408) 535-5066
      Email:  shawna.yen2@usdoj.gov
8
   Attorneys for Plaintiff
   RECEIVED
10    APR 2 9 2008                UNITED STATES DISTRICT COURT

11    RICHARD W. WIEKING          NORTHERN DISTRICT OF CALIFORNIA
      CLERK, U.S. DISTRICT COURT
12 NORTHERN DISTRICT OF CALIFORNIA    SAN JOSE DIVISION
           SAN JOSE
13  UNITED STATES OF AMERICA,          )      CR 95-20075 RMW
                                       )      CR 97-20105 RMW
14             Plaintiff,              )
                                       )
15        v.                           )      STIPULATION TO CONTINUE
                                       )      SENTENCING HEARING AND STATUS
16  LUONG HUE TIEU,                    )      HEARING AND [PROPOSED] ORDER
                                       )
17             Defendant.              )
   _____ )
18

19        Both of the above-captioned cases are on the Court's calendar for June 16, 2008 at 9:00

20  a.m.  The 1995 case (CR 95-20075 RMW) is set for a sentencing hearing on that date, and the

21  1997 case (CR 97-20105 RMW) is set for a status hearing on that same date.

22        It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S.

23  Attorney Shawna Yen, and counsel for the Defendant Luong Hue Tieu, Geoffrey A. Braun, Esq.,

24  that the June 16, 2008 court date for the sentencing hearing in the 1995 case (CR 95-20075

25  RMW), and for the status hearing in the 1997 case (CR 97-20105 RMW), be continued to

26  August 11, 2008 at 9:00 a.m

27        This continuance is necessary because, after the last status conference before this Court,

28

1  the defendant obtained new counsel, Mr. Geoffrey Braun, Esq.  The additional time is required

2  for the government to reconstruct and provide to Mr. Braun limited discovery that may pertain to

3  sentencing issues in the 1995 case, as well as to provide discovery related to the 1997 case; and

4  for defense counsel to review the same.  Thus, this continuance is necessary for the effective

5  preparation of counsel, and the ends of justice served by such a continuance outweigh the best

6  interest of the public and the defendant in a Speedy Trial within the meaning of Title 18 U.S.C.

7  §3161(h)(8)(A).

8         The parties stipulate that the time between June 16, 2008 and August 11, 2008 shall be

9  excluded from the period of time within which trial must commence under the Speedy Trial Act,

10  18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A),

11  considering the factors set forth in Section 3161(h)(8)(B).  As required by 18 U.S.C.

12  §3161(h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public

13  and the defendant in a speedy trial in order to ensure effective preparation of counsel.  18 U.S.C.

14  §3161(h)(8)(B)(iv).

15         It is so stipulated.

16

17                                        Respectfully submitted,

18  Dated:   4/28/08                       JOSEPH P. RUSSONIELLO
                                          UNITED STATES ATTORNEY
19

20                                        _____
21                                        SHAWNA YEN
                                          Assistant U.S. Attorney
22

23                                        _____
                                          GEOFFREY A. BRAUN, ESQ.
24                                        Attorney for Luong Hue Tieu

25

26

27

28

                                2

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  SHAWNA YEN (CABN 224447)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     Facsimile: (408) 535-5066
      Email: shawna.yen2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   CR 95-20075 RMW
                                     )   CR 97-20105 RMW
14               Plaintiff,          )
                                     )   [PROPOSED] ORDER TO CONTINUE
15          v.                       )   SENTENCING HEARING AND STATUS
                                     )   HEARING
16  LUONG HUE TIEU,                  )
                                     )
17               Defendant.          )
    _____)
18

19       Based on the stipulation of the parties and for good cause shown,

20       IT IS HEREBY ORDERED that the date set for the sentencing hearing in the above-

21  captioned 1995 case (CR 05-20075 RMW) is continued from June 16, 2008 to August 11, 2008

22  at 9:00 a.m.

23       IT IS FURTHER ORDERED that the date set for a status hearing in the above-captioned

24  1997 case (CR 97-20105 RMW) is continued from June 16, 2008 to August 11, 2008 at 9:00

25  a.m.

26       Finally, IT IS FURTHER ORDERED that, as to the 1997 case (CR 97-20105 RMW),

27  the period of time from June 16, 2008 through and including August 11, 2008 shall be excluded

28
                                         3

1   from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C.

2   § 3161 et seq., pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and

3   3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  The basis for such

4   exclusion is that because defendant has recently obtained new counsel, the additional time is

5   needed for the parties to exchange discovery, and for the new defense attorney to review the

6   discovery.  The Court finds that the ends of justice served by this continuance outweigh the best

7   interests of the public and the defendant in a speedy trial to effective preparation of counsel.

8           Dated this  14  day of April, 2008.
                                    May

9

10                              _Ronald M. Whyte_____

11                              RONALD M. WHYTE
                                United States District Judge

12

13   Copies to be served on:

14   SHAWNA YEN
     Assistant U.S. Attorney
15   150 Almaden Boulevard, Suite 900
     San Jose, CA 95113

16   GEOFFREY A. BRAUN, Esq.
     Attorney at Law
17   181 Devine Street
     San Jose, CA 95110

18

19

20

21

22

23

24

25

26

27

28

4