1 GEOFFREY A. BRAUN
Bar #46562
2 181 Devine St.
San Jose, CA 95110
3 (408) 288-9512

*E-FILED - 10/28/08*

4 Attorney for Defendant
Luong Tieu

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 95-20075 RMW |
| Plaintiff, | ) No. CR-97-20105 RMW |
| vs. | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| LUONG TIEU, | ) DATE |
| Defendant. | ) |

RECITATIONS:

After consultation with his client defense, counsel is exploring legal and factual bases for moving to withdraw the guilty plea entered in Case #CR-95-20075 on the grounds that there was not a factual basis for the plea and that defendant was misadvised by his then-attorney as to the sentencing range for the offenses to which he pleaded guilty. In order to pursue this inquiry counsel asked the government to provide to him the same discovery which had been provided to former counsel in 1995 and 1996, which former counsel no longer possesses. The government agreed to do so, but because of the age of the case and the unavailability of the case agents, the discovery has been unavailable until the week of October 20, 2008, when it is expected to become available. Based on the expected volume of discovery and the fact that there were 13 defendants in the underlying case, counsel does not believe he can read it all carefully, carry out any necessary investigation, discuss with his client whether the motion should be made, and prepare the motion by the presently set sentencing date on December 3, 2008. Therefore for the purpose of effective defense preparation:

THE UNITED STATES AND THE DEFENDANT HEREBY STIPULATE AS FOLLOWS:

1. The case shall be continued for sentencing and/or a motion to withdraw the guilty plea in case #CR-95-20075 to February 9, 2009 at 9:00 A.M. Case #CR-97-20105 shall be

1. continued to that same date for disposition.
2. For the purpose of effective defense preparation, statutory time in both the above-numbered cases shall be excluded to and including February 9, 2009.

_____
GEOFFREY A. BRAUN
Attorney for Defendant, Luong Tieu
October 22, 2008

_____
SHAWNA YEN, A.U.S.A
Attorney for The United States
October 22, 2008

ORDER:

The foregoing Stipulation having been read and considered and good cause appearing:
It is hereby ordered that both cases are continued to February 9, 2009 at 9:00 A.M. Case #CR-95-20075 is continued for sentencing and/or the filing of a motion to withdraw the plea entered on January 13, 1997. Case #CR-97-20105 is continued for disposition. Statutory time is excluded in both cases to and including February 9, 2009.

Dated: 10/28/08
At San Jose, CA.

_____ FOR
RONALD M. WHYTE
District Judge, United States District Court,
Northern District of California

2